# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1965
_____

Gordon Miles

*Plaintiff - Appellant*

v.

Emily Johnson Piper; Nancy Johnston; Kevin Moser; Peter Puffer; Beth
Soderman; Katherine Lockie; Courtney Jo Menten; Joseph Mullen; Heidi Menard;
Skye Brister; Katherine McDowell; Staci Bovin; Sarah Herrick; Skye Renee
Davis; Jennifer Johnson; Ruby Brewer; Kent Johansen; Paul Mayfield; Debbie
Becker-Sailor; Brian Ninneman; Susan Johnson; Jenny Collelo; Nathan John
Madsen; Matthew Brown; Adam Young; Joseph Marczak; Donald Geil; Brittany
Jorgenson; Katy Porter; Elizabeth Peterson; Meg McCauley; Jensina Rosen;
Leann Bergman; John and Jane Doe, all in their personal and official capacities;
Tony Lourey, in his personal capacity; Jodi Harpstead, in her official capacity as
the Commissioner of the Minnesota Department of Human Services

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: December 9, 2020
Filed: December 14, 2020
[Unpublished]

_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Gordon Miles, who is civilly committed to the Minnesota Sex Offender Program, appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action. Following a careful review, we conclude that the district court did not err in dismissing the case. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review of dismissal for failure to state a claim). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Katherine M. Menendez, United States Magistrate Judge for the District of Minnesota.